IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JAY KIMBRO,

        Petitioner,                    No. CIV S-07-1130 WBS EFB P

    vs.

STATE OF CALIFORNIA, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.  Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

        Petitioner challenges a conviction in the Mariposa County Superior Court.  Therefore, this action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).  The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

/////

/////

/////

1     3. The new case number is _____. All future filings shall bear
2 the new case number and shall be filed at:

3         United States District Court
        Eastern District of California
4         2500 Tulare Street
        Fresno, CA 93721
5

6 Dated: June 27, 2007.

7         /s/ Edmund F. Brennan

8         EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE