# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>                    Petitioner,<br><br>     v.<br><br>STATE OF CALIFORNIA, et.al.,<br><br>                    Respondent.<br>_____/ | CV F 07-00921 OWW DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT<br><br>[Doc. 11] |

 Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

 Petitioner filed the instant petition for writ of habeas corpus on June 13, 2007. On July 6, 2007, the Court issued an order to show cause why the petition should not be dismissed for failure to name a proper respondent. On July 24, 2007, Petitioner submitted the proper amendment naming Warden R. Subia as Respondent.

 Accordingly, the Clerk of Court is directed to change the name of Respondent to Warden R. Subia.

 IT IS SO ORDERED.

 Dated:   **August 20, 2007**                         **/s/ Dennis L. Beck**
                   UNITED STATES MAGISTRATE JUDGE